IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SARAH STEINHAUER,** | : Civil No. 1:21-CV-02030 |
| **Plaintiff,** | : |
| v. | : |
| **EAST PENNSBORO AREA SCHOOL DISTRICT, et al.,** | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 22nd day of August, 2024, upon consideration of Defendants East Pennsboro Township, East Pennsboro Township Police Department, and Detective Adam Shope's motion to dismiss the second amended complaint (Doc. 58) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss is **GRANTED** and Defendants' are **DISMISSED** from this case with prejudice;

IT IS SO ORDERED.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge